

1   Anna Y. Park, SBN 164242
    Samantha E. Blake, SBN 169133
2   U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
3   255 East Temple Street, 4th Floor
    Los Angeles, CA  90012
4   Telephone: (213) 894-1062
    Facsimile: (213) 894-1301
5
6   Attorneys for Plaintiff
    U.S. EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
7
8
9
10

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 0 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

        UNITED STATES DISTRICT COURT

           DISTRICT OF NEVADA

11  EQUAL EMPLOYMENT            )  CASE NO.: CV 04-6958 ABC (RZx)
    OPPORTUNITY COMMISSION,     )
12                              )  NOTICE OF RESOLUTION AND
            Plaintiff,          )  REQUEST FOR DISMISSAL;
13                              )  [PROPOSED] ORDER
    v.                          )
14                              )
                                )
15  FEDERAL EXPRESS,            )
                                )
16          Defendants.         )
    _____)  Hon. Audrey B. Collins

17

18      TO THE JUDGE OF THE UNITED STATES DISTRICT COURT:

19      PLEASE TAKE NOTICE that Petitioner Equal Employment Opportunity

20  Commission ("EEOC") and Respondent Federal Express have agreed to resolve

21  the issues presented by the EEOC's Application for Order to Show Cause Why a

22  Subpoena Should Not Be Enforced, upon which the Court's Order to Show

23  Cause, issued August 23, 2004, is currently set for hearing on September 20,
    2004, at 10:00 a.m.

24      Accordingly, at this time, the EEOC respectfully requests that this Court

25  vacate its Order to Show Cause and take the hearing off calendar.  The EEOC

26  further voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a) and

27  ///

28

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 1 3 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

1  requests that this Court order the matter dismissed, without prejudice to

2  reinstating the action should further enforcement become necessary.

3                                    Respectfully submitted,

4                                    U.S. EQUAL EMPLOYMENT
                                     OPPORTUNITY COMMISSION
5                                    Anna Y. Park
                                     Samantha E. Blake
6

7  Date:  September 10, 2004        By:  _____

8                                    Samantha E. Blake
                                     Trial Attorney
9                                    Attorneys for Plaintiff

10                          **[PROPOSED] ORDER**

11          IT IS HEREBY ORDERED that the Order to Show Cause, issued on

12  August 23, 2004, is VACATED and the parties need not appear for the hearing

13  set for September 20, 2004, at 10:00 a.m. before this Court.  Respondent Federal

14  Express is further not required to respond to the August 23, 2004, Order to Show

15  Cause.

16          IT IS FURTHER ORDERED that this matter is dismissed without

17  prejudice to reinstating the action should further enforcement become necessary.

18

19  Dated:  _____              _____

20                                    HON. AUDREY B. COLLINS
                                      JUDGE OF THE UNITED STATES
21                                    DISTRICT COURT

22

23

24

25

26

27

28

## DECLARATION OF MAILING

1

2    I am, and was at the time the herein mentioned mailing took place, a citizen

3 of the United States, over the age of eighteen (18) years and not a party to the

4 above-entitled cause.

5    I am employed in the Legal Unit of the Los Angeles District Office of the

6 United States Equal Employment Opportunity Commission.

7    My business address is Equal Employment Opportunity Commission, Los

8 Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA

9 90012.

10    On the date that this declaration was executed, as shown below, I served a

11 copy of the foregoing **NOTICE OF RESOLUTION AND REQUEST FOR**

12 **DISMISSAL; [PROPOSED] ORDER** by mail in a sealed envelope with postage

13 therein fully prepaid, in regular mail at Los Angeles, County of Los Angeles,

14 State of California, which was addressed as follows:

15 C.T. Corporation Systems
Agent for Service of Process for Federal Express

16 818 W. 7th Street
Los Angeles, CA 90017

17

18    I declare under penalty of perjury that the foregoing is true and correct.

19    Executed on September 10, 2004 at Los Angeles, California.

20

21

22

23                Leah M. Hernandez

24

25

26

27

28